1546

*Tuesday, June 27, 1995*

## MOTION DOCKET

**95–1023.** State v. Bauer. *Ottawa County,* No. OT–95–021. This cause is pending before the court as a claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied, effective June 26, 1995.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**95–639.** State ex rel. Jackson v. Indus. Comm. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appears from the records of this court that relator has not filed evidence or a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 23, 1995.

**95–840.** State ex rel. Williams v. Gaul. *Cuyahoga County,* No. 68347. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due June 19, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 23, 1995.

*Wednesday, June 28, 1995*

## MERIT DOCKET

**95–925.** State ex rel. Smith v. Ford. In Mandamus. On motion to dismiss or alternatively for summary judgment. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.